FILED
2022 Oct-27 AM 09:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2021-02416 |
|---|---|---|

and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>**MR. CURTIS L MCCUNE III** | Home Phone<br>**205-807-2699** | Year of Birth<br>**1960** |
|---|---|---|

Street Address                                City, State and ZIP Code
**5586 PARK SIDE CIRCLE, HOOVER, AL 35244**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**JEFFERSON COUNTY** | No. Employees, Members<br>**501+** | Phone No.<br>**(205) 325-5688** |
|---|---|---|

Street Address                                City, State and ZIP Code
**716 RICHARD ARRINGTON BLVD, BIRMINGHAM, AL 35203**

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address                                City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **06-30-2021**   Latest: **06-30-2021**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I am a white male. I was hired by the above-named employer in October 2014 as a Deputy Sheriff. I currently hold the position of Sergeant assigned to the Jefferson County Jail.**

**For approximately 2 years, I have faced pervasive discriminatory harassment from my supervisor, Lieutenant Terry Guinn (B/M). Most recently, on June 30, 2021, I was summoned to my supervisors office. Another Jail Sergeant, April Johnson (B/F) was also called to the office for the same disciplinary purpose. I received two disciplinary write ups. Johnson received no disciplinary write ups. Guinn also began yelling at me specifically during this meeting. Due to the cumulative ongoing stress of pervasive harassment from Lt. Guinn, I was overwhelmed in that moment and suffered a serious medical incident. I was transported by ambulance to the hospital. The doctor documented his opinion that my work environment was the primary contributor to the serious medical incident.**

**I believe I was subjected to ongoing harassment and disparate treatment due to my**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2021-02416 |
|---|---|---|
| | *State or local Agency, if any* | and EEOC |

**protected class, White, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |